# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**　　　　　　　　　　　　　**CASE NO.**　19-CR-10059-EFM

**BRENT A. CRUZ,**

    **Defendant.**

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about January 26, 2019, in the District of Kansas, the defendant,

**BRENT A. CRUZ,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to-wit: Taurus, Model 85, .38 Caliber, revolver, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

## COUNT 2

On or about January 26, 2019, in the District of Kansas, the defendant,

**BRENT A. CRUZ,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to-wit: Spike's Tactical, Model SL 15, .223 Caliber, Rifle, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses in violation of Title 18, United States Code, § 922(g)(1), set forth in Counts 1 and 2 of this Indictment, the defendant, **BRENT A. CRUZ**, shall forfeit to the United States, any firearms and ammunition involved in the commission of the offenses, including, but not limited to:

   a. Taurus, Model 85, .38 Caliber, revolver, serial number NG40999;

   b. Spike's Tactical, Model SL 15, .223 Caliber, Rifle, serial number SAR13787; and,

   c. Any ammunition.

All pursuant to Title 18, United States Code, § 924(d) and Title 28, United States Code, § 2461(c).

**A TRUE BILL.**

March 26, 2019                              s/Foreperson
DATE                                        FOREPERSON OF THE GRAND JURY

<u>s/Stephen R. McAllister</u>
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
SMcAllister@usa.doj.gov


[It is requested that jury trial be held in Wichita, Kansas.]