**FILED**
U.S. District Court
District of Kansas

SEP 1 1 2019

Clerk, U.S. District Court
By _____ Deputy Clerk

AO 245B   (Rev. 02/18 - D/KS 02/18) Judgment in a Criminal Case
Sheet 2 - Imprisonment

DEFENDANT: Brent A. Cruz
CASE NUMBER: 6:19CR10059 - 001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 37 months.

☒ The Court makes the following recommendations to the Bureau of Prisons:
At the request of defense counsel, the Court recommends the defendant be designated to FCI El Reno so that he may participate in the welding vocational program offered at that facility.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

  ☐ at ___ on ___.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before ___ on ___.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

To TEXIFROM OKL
9-5-19
LT. 5C

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

UNITED STATES MARSHAL
RECEIVED

SEP 09 2019

WICHITA, KS