# United States District Court
## for the
## District of Kansas

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  **Brent A. Cruz**  Case Number:  **1083 6:19CR10059-001**

Sentencing Judicial Officer:  Honorable Eric F. Melgren, Chief U.S. District Judge

Date of Original Sentence:  08/12/2019

Original Offense:  Felon in Possession of a Firearm

Original Sentence:  37 Months Prison, 24 Months Supervised Release

Type of Supervision: TSR                           Date Supervision Commenced:  11/08/2021
Asst. U.S. Attorney:  Matthew T. Treaster          Defense Attorney:  David J. Freund

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes Mr. Cruz has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **Special Condition #1:** "You must not be a member of any street gang, participate in any gang-related activities, or knowingly associate with any gang members during the term of supervision, without first gaining permission of the U.S. Probation Officer." |
| | On or about 11/27/2021, Mr. Cruz was observed on video in a local bar, associating with other identified gang members. On 12/02/2021, Mr. Cruz admitted being in the bar and that other gang members were present. |
| 2 | **Standard Condition #2:** "After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed." |
| | U.S. Probation Officers have made numerous recent attempts to contact Mr. Cruz, both in person and by phone. These attempts have been unsuccessful. Mr. Cruz has failed to respond to the U.S. Probation Office and his current whereabouts are unknown. |

U.S. Probation Officer Recommendation:

The defendant is a high risk (PCRA M/3) case with a history of violence and gang affiliation. The U.S. Probation Office respectfully requests the issuance of a warrant based on the defendant absconding from supervision and being inaccessible for supervision.

**Child(ren) involvement:** N/A
**Residence:** Absconded from supervision
**Employment:** Mr. Cruz last reported to work on 04/22/2022.

The term of supervision should be:

☒ Revoked
☐ Extended for years, for a total term of years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 04/28/2022

by _____
Bryce J. Beckett
Supervising U.S. Probation Officer

---

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☒ The Issuance of a Warrant. Docket Entry, Petition, and Warrant sealed and not to be distributed to counsel of record. Docket Entry, Petition, and Warrant unsealed upon arrest.
☐ The Issuance of a Summons
☐ Other:

*/s/ Holly L. Teeter*
Signature of Judicial Officer

April 28, 2022
Date